**Michael John VONDETTE, Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Warden, Respondent–Appellee.**

No. 05–56766.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 21, 2006.*

Filed Dec. 27, 2006.

Michael John Vondette, Brooklyn, NY, pro se.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Brent A. Whittlesey, Esq., Office of the U.S. Attorney, Civil & Tax Divisions, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE and LEAVY, Circuit Judges.

## MEMORANDUM **

Michael John Vondette appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 petition challenging the Bureau of Prison's Inmate Financial Responsibility Program. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm for the reasons stated in the Amended Report and Recommendation filed on September 28, 2005, and adopted by the district court order filed on November 2, 2005.

**AFFIRMED.**

, . . .

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).